Anthony Boskovich, No. 121198
Christopher Appleton, No. 151614
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com

408-286-5150

Attorneys for plaintiff JEFFREY KOOPEN

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY KOOPEN, an incompetent person, by and through his Guardian ad Litem JACOBUS KOOPEN, <br><br>  *Plaintiff*,<br><br> v.<br><br> UNITED STATES OF AMERICA,<br><br> *Defendant*. | No. 08-CV-01154-GEB-KJM<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner JACOBUS KOOPEN states as follows:

1. I am the father of plaintiff JEFFREY KOOPEN and make this application on his behalf.

2. JEFFREY KOOPEN is about to commence an action in this Court against the United States of America for negligence under the Federal Tort Claims Act. The complaint alleges that the defendant was negligent in its maintenance and

operation of New Melones Reservoir that ultimately led to plaintiff's catastrophic injuries.

3. I have been appointed Guardian ad Litem for JEFFREY KOOPEN in the parallel state case of *Koopen v. Aberle*, Alameda County Superior Court case number HG06266136.

4. JEFFREY KOOPEN requires a Guardian ad Litem because he suffers from a traumatic brain injury with intracerebral and intraventricular hemhorages, possible hypotension and hypoxia. Plaintiff has suffered from coma, right thalamic and intraventricular hemorrhage and white matter contusions in the right occipital lobe, right hemiplegia, severe spasticity in all four limbs, and dystonia, dysarthria, joint contractures, loss of bowel control, loss of speech, loss of memory, nerve damage, and loss of motor control. JEFFREY KOOPEN is not competent to manage this litigation.

5. I reside with JEFFREY KOOPEN and provide his day-to-day care, and I am a competent and responsible person, and fully competent to act as plaintiff's Guardian ad Litem.

6. I am willing to ast as Guardian ad Litem for plaintiff, as appears by my signature below.

**WHEREFORE**, Petitioner JACOBUS KOOPEN moves the Court for an order appointing as Guardian ad Litem for plaintiff for the purpose of bringing this action against the United States of America on the claim stated above.

Dated: 10 May 2008

/s/
_____
Anthony Boskovich
Attorney for plaintiff

**CONSENT OF NOMINEE**

I, Jacobus Koopen, consent to act as Guardian ad Litem for the incompetent plaintiff in this matter, JEFFREY KOOPEN.

Dated: _____

/s/
_____
Jacobus Koopen

**ORDER**

The petition for an order appointing JACOBUS KOOPEN as Guardian ad Litem for JEFFREY KOOPEN is hereby **GRANTED**.

Dated: September 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge