McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 448-2900
Email: todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KOOPEN, an incompetent person, by and through his *guardian ad litem*, JACOBUS KOOPEN,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | CASE NO.  2:08-CV-01154-GEB-KJM<br><br>**JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE;** |

      Pursuant to Federal Rule of Civil Procedure 16(b) and Rule 16-240 of this Court, Plaintiff Jeffrey Koopen, and Defendant the United States of America, through their respective counsel, hereby jointly request that the Court continue the Status (Pretrial Scheduling) Conference to February 9, 2009.

## **RECITALS**

      1.     On May 23, 2008, Plaintiff filed the above-captioned case alleging a claim of negligence against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, *et seq*.

      2.     On September 9, 2008, the Court issued an Order Setting Status (Pretrial Scheduling) Conference, setting a status conference for December 22, 2008 at 9:00 a.m., with a joint status report due fourteen days before.

1

3. On November 21, 2008, service was perfected on the United States. Therefore, the date for the United States to respond to Plaintiff's Complaint is on or before January 22, 2009.

4. The undersigned counsel for the United States has not yet had an opportunity to complete his initial investigation of this matter, including determining whether jurisdiction is appropriate as well as what discovery and motions the United States anticipates brining in this case. As such, counsel is not in a position to submit a joint status report on all pertinent issues, or to meaningfully participate in the status conference.

5. It is in the interests of judicial efficiency to continue the status conference to February 9, 2009. By that date, the United States will have responded to the Complaint and will be able to meaningfully participate in the status conference and prepare the joint status report.

6. This is the first continuance either party has sought in this matter.

## JOINT REQUEST

Accordingly, for the foregoing reasons, the parties hereby respectfully that the Court continue the Status (Pretrial Scheduling) Conference to **February 9, 2009**.

DATED: December 3, 2008           McGREGOR W. SCOTT
                                  United States Attorney

                                  By:   */s/ Todd A. Pickles*
                                        TODD A. PICKLES
                                        Assistant United States Attorney

                                  Attorneys for the United States of America

DATED: December 3, 2008           LAW OFFICE OF ANTHONY BOSKOVICH

                                  By:   */s/ Anthony Boskovich*
                                        Anthony Boskovich

                                  Attorneys for Plaintiff

**ORDER**

Having read and considered the parties' Joint Request To Continue Status (Pretrial Scheduling) Conference, and for good cause showing,

IT IS HEREBY ORDERED THAT the Status (Pretrial Scheduling) Conference is CONTINUED to **February 17, 2009** at **9:00 a.m.**  A joint status report is to be filed fourteen days prior to the hearing.  The parties shall comply with the Court's Order Setting Status (Pretrial Scheduling) Conference with respect to the parties' obligations under Federal Rule of Civil Procedure 26(f) and Rule 16-240 of this Court.

IT IS SO ORDERED.

Date: 12/4/08

Hon. Garland E. Burrell, Jr.
United States District Judge
Eastern District of California