Anthony Boskovich, No. 121198
Christopher Appleton, No. 151614
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com

408-286-5150

Attorneys for plaintiff JEFFREY KOOPEN

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY KOOPEN, an incompetent person, by and through his Guardian ad Litem JACOBUS KOOPEN,<br>          *Plaintiff*,<br>v.<br>UNITED STATES OF AMERICA,<br>          *Defendant*. | No. 08-CV-01154-GEB-KJM<br><br>STIPULATION AND ORDER CONTINUING HEARING ON MOTION AND CHANGING DISCOVERY DATES |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the hearing on Defendant's Motion to Dismiss or for Summary Judgment be continued to **25 January 2010**. Plaintiff shall until **8 January 2010** to respond, and Defendant shall have until **18 January 2010** to file a reply, if it so desires.

**IT IS FURTHER STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

    1.    Disclosure of experts witnesses is 1 May 2010;

Stipulation and [Proposed] Order
Continuing Motion and Rescheduling Scheduling Order

1      2.    Fact and Expert discovery cutoff date is 1 April 2010;

2    All other dates shall remain as currently set.

3    This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Plaintiff's counsel has been involved almost exclusively in completing discovery in the case of *Smith, et al. v. Spencer, et al.*, United States Eastern District of California case number 1:07-CV-00860-OWW-GSA, for over 30 days. This matter has required in excess of 25 depositions, and discovery was originally set to close on 30 November 2009, since extended to 11 December 2009 by stipulation and order. Defendant's motion requires extensive research by counsel for plaintiff, as well as counter-declarations, and potentially expert witness declarations. Defendant's motion was filed during the final flurry of discovery, and plaintiff's counsel was simply unable to respond. Defense counsel had written a letter regarding his position, but plaintiff's counsel had been unable to fully analyze it due to the discovery in the *Smith* case.

Counsel for defendant was concerned that extensive discovery should not be allowed during the pendency of the motion for reasons of time and costs, and, upon analysis, counsel for plaintiff concurs. Therefore, the parties have agreed that limited, if any discovery, will be conducted prior

//
//
//
//
//
//
//
//
//
//
//

Stipulation and [Proposed] Order

to this Court's decision on the motion. It is for this reason that the discovery dates have been extended.

Dated: 1 December 2009                                    **BOSKOVICH & APPLETON**

                                                          /s/Anthony Boskovich
                                                      By:_____
                                                          ANTHONY BOSKOVICH,
                                                          Attorney for Plaintiff


Dated: 2 December 2009                                    **OFFICE OF THE UNITED STATES ATTORNEY**

                                                          /s/ Todd A. Pickles
                                                      By:_____
                                                          Todd A. Pickles
                                                          Attorney for Defendant

**IT IS ORDERED:**

   In light of the parties' stipulation, the motion is un-submitted and the hearing on Defendant's Motion to Dismiss or for Summary Judgment si scheduled on **25 January 2010** at 9:00 A.M. Plaintiff shall until **8 January 2010** to respond, and Defendant shall have until **18 January 2010** to file a reply, if it so desires.

**IT IS FURTHER ORDERED:**

   The Scheduling Order shall be amended as follows:
   1.   Disclosure of experts witnesses is 1 May 2010;
//
//
//

1  //

2

3       2.      Fact and Expert discovery cutoff date is 1 April 2010;

4       All other dates shall remain as currently set.

5  Dated:  December 2, 2009

6

7                                    _____
                                     GARLAND E. BURRELL, JR.
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation and [Proposed] Order
    Continuing Motion and Discovery Scheduling Order